# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, J.A. FISCHER, A.C. RUGH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**MCKENZIE MOSELEY**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201500373**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 21 August 2015.
**Military Judge**: Col P.S. Rubin, USMC.
**Convening Authority**: Commanding General, 2d Marine Aircraft Wing, II Marine Expeditionary Force, Cherry Point, NC.
**Staff Judge Advocate's Recommendation**: Col J.J. Murphy, USMC.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**25 February 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court